**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID FREIFELD,  )  <br> on behalf of Plaintiff and the class  )  <br> described herein,  )  <br> )  <br> Plaintiff,  )  <br> )  1:24-cv-05459  <br> v.  )  <br> )  <br> PERSONA IDENTITIES INC.  )  <br> Defendant.  )  | |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on Thursday, February 27, 2025 at 9:30 a.m., we shall appear before the Honorable Judge Alonso in Room 1903 of the Everett McKinley Dirksen United States Courthouse and there present **PLAINTIFF'S COMBINED (1) RESPONSE TO MOTION TO STRIKE AND (2) MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**, a copy of which has been filed electronically and is hereby served upon you.

                                                                       */s/ Dulijaza (Julie) Clark*
                                                                       Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
Alexandra R. Huzyk
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Dulijaza (Julie) Clark, hereby certify that on February 24, 2025, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

                                          */s/ Dulijaza (Julie) Clark*
                                          Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
Alexandra R. Huzyk
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)